CENTER FOR DISABILITY ACCESS
MARK POTTER, ESQ., SBN 166317
Bree Durso Esq., SBN 307198
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
BreeD@potterhandy.com

Attorneys for Plaintiff

HAGAN & ASSOCIATES
Cara J. Hagan, SBN 146665
Jingyun Ren, SBN 343233
110 E. Wilshire Avenue, Suite 405
Fullerton, California 92832
Telephone: (714) 526-3377
Facsimile: (714) 526-3317
Attorneys for Defendant,
KS WORLD, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**K S World Inc.; ;**<br>; and Does 1-10,<br><br>　　　　Defendants | Case No.: 2:20-cv-10760-JAK-JC<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

### STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

Dated: September 29, 2023          CENTER FOR DISABILITY ACCESS

                                   By: */s/Bree Durso*
                                   Bree Durso, Esq.
                                   Attorney for Plaintiff

Dated: September 29, 2023          HAGAN & ASSOCIATES


                                   By: */s/Jingyun Ren*
                                   Jingyun Ren, Esq.
                                   Attorney for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Stephan Choo, and that I have obtained their authorization to affix their electronic signature to this document.


Dated: September 29, 2023          CENTER FOR DISABILITY ACCESS

                                   By:    */s/Bree Durso*
                                   Bree Durso, Esq.
                                   Attorneys for Plaintiff

Joint Stipulation for Dismissal